1  Michael G. Spector - Bar No. 145035
   Vicki L. Schennum (Of Counsel) - Bar No. 159628
2  **LAW OFFICES OF MICHAEL G. SPECTOR**
   2122 N. Broadway
3  Santa Ana, California 92706
   Telephone:    714-835-3130
4  Facsimile:     714-558-7435
   E-Mail: mgspector@aol.com
5
   Specially Appearing for a Limited Purpose for
6  GREGORY SORENSEN and LEAH KINGSTON

7

8                    UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

11  In re                                  ) Case No. 8:23-bk-11393 TA
                                           )
12                                         ) Chapter 7
                                           )
13  GREGORY SORENSEN and                   )
    LEAH KINGSTON,                         )
14                                         ) **MOTION TO COMPEL TRUSTEE TO**
                                           ) **ABANDON REAL PROPERTY LOCATED**
                                           ) **AT 10 WHITE PELICAN LANE, ALISO**
15                                         ) **VIEJO, CALIFORNIA; MEMORANDUM OF**
                     Debtors.             ) **POINTS AND AUTHORITIES AND**
16                                         ) **DECLARATION OF GREGORY SORENSEN**
                                           ) **IN SUPPORT THEREOF**
17                                         )
                                           ) Date:  [NO HEARING REQUIRED]
18                                         ) Time:
                                           ) Ctrm:
19  _____ )

20  **TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

21        Debtors Gregory Sorensen and Leah Kingson ("Debtors") hereby move for an order compelling

22  Jeffrey I. Golden, Chapter 7 Trustee to abandon the estate's interest in the real property located at 10

23  White Pelican Lane, Aliso Viejo, California (hereinafter referred to as "Residence"). In support thereof,

24  the Debtors submit as follows:

25  ///

26  ///

27

28

C:\MGS Documents\CHAP 7\SORENSEN\ABANDON.MOT.wpd

## STATEMENT OF FACTS

1.     The Debtors own and reside at the Residence. [Sorensen Declaration ¶].

2.     The Debtors scheduled the Residence at a fair market value of $ 1,200,000 and, based upon recent comparable sales in the area, the value may have increased by $50,000 since the commencement of the case. [Request for Judicial Notice Exhibit "1;" Schedules A/B, C and D; Exhibit "1" to Sorensen Declaration].

3.     The Residence is encumbered by two trust deeds in favor of U.S. Bank with a principal balance owing of approximately $281,000 [Exhibit "2" to Sorensen Declaration] and a second in favor of Monty Sorensen with a balance of approximately $412,000 [Request for Judicial Notice Exhibit "2;" Monty Sorensen Proof of Claim].

4.     The Residence is also encumbered with liens by homeowners' associations as follows:

a) Laguna Audubon I Homeower Association $24,909 [Request for Judicial Notice Exhibit "3;" Proof of Claim No. 8 of Laguna Audubon I Homeowner Association];

b) Laguna Audubon I Homeower Association $3,209 [Request for Judicial Notice Exhibit "4;" Proof of Claim No. 9 of Laguna Audubon I Homeowner Association];

c) Aliso Viejo Community Association $21,871 [Request for Judicial Notice Exhibit "5;" Proof of Claim of Aliso Viejo Community Association ].

5.     Thus, the total liens encumbering the Residence are approximate as follows:

| | |
|---|---|
| U.S Bank National | $281,000 |
| Monty Sorensen | $412,000 |
| Laguna Audubon I Homeower Association | $ 24,909 |
| Audubon I Homeower Association | $ 3,209 |
| Aliso Viejo Community Association | $ 21,871 |
| | $ 742,989 |

6.     On July 8, 2023, the Debtors filed for relief under Chapter 13 of Title 11 of the United States Code. On their Schedule A, the Debtors value the Residence at $1,200,000. On their Schedule C, the Debtors claimed a homestead exemption in the amount of $678,391. [Request for Judicial Notice Exhibit "1;" Debtors Schedule A/B, C and D]

7.    Thus, the present equity analysis of the Residence, from the estate's perspective, is as follows:

| | |
|---|---|
| Fair Market Value | $1,250,000 |
| Liens | $   742,989 |
| Net after Liens | $   507,011 |
| Homestead Exemption | $   678,391 |
| Net After Homestead | ($   161,380) |
| Hypothetical Costs of Sale at 7% | ($    84,000) |
| Estate's Equity | ($   255,380) |

8.    By Order entered on December 21, 2023, this case was converted to Chapter 7 and Jeffrey I. Golden was appointed as Chapter 7 Trustee.

9.    The Chapter 7 meeting of creditors was initially scheduled for January 31, 2024, but has been continued to February 28, 2024, April 3, 2024, April 17, 2024, June 12, 2024, July 17, 2024, July 31, 2024, September 4, 2024, September 18, 2024, November 7 and is presently set for December 18, 2024. After the initial few creditor meetings, the only reason for continuing the creditor meetings was to avoid the running of the 30-day deadline to object to exemptions following the conclusion of the meeting of creditors.

///
///
///
///

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### THE RESIDENCE SHOULD BE ABANDONED

### AS IT IS OF NO VALUE TO THE ESTATE

10.    Bankruptcy Code §554 provides:


(b) On request of a party in interest and after notice and a hearing, the

court may order the trustee to abandon any property of the estate that is

burdensome to the estate or that is of inconsequential value and benefit

to the estate.


11.    Bankruptcy Rule 6007(b) provides:


A party in interest may filed and serve a motion requiring the trustee or

debtor in possession to abandon property of the estate.


12.    In the present case, as set forth above, there is no equity for the estate in the Residence,

given the $1,200,000 value, $742,989 in liens, $84,000 estimated costs of sale, a homestead exemption

of $678,391. Accordingly, abandonment is warranted as the Residence has no value for the estate.


### II.

### CONCLUSION

13.    For the foregoing reasons, respectfully requests an Order abandoning the estate's interest

in the Residence.

Date: December 20, 2024            **LAW OFFICES OF MICHAEL G. SPECTOR**

By:_____
Michael G. Spector
Specially Appearing for a Limited Purpose for
GREGORY SORENSEN and LEAH KINGSTON

1

## DECLARATION OF GREGORY SORENSEN

2      I, Gregory Sorensen, declare as follows:

3          1.      The following facts, I know to be true of my own personal knowledge and if called upon,

4      I could and would competently testify thereto.

5          2.      My wife Leah Kingston and I own and reside at 10 White Pelican Lane, Aliso Viejo,

6      California (hereinafter referred to as "Residence").

7          3.      In our bankruptcy schedules we valued the Residence at $ 1,200,000 and, based upon

8      recent comparable sales in the area provided by real estate agent Lisa Hynson, the value may have

9      increased by $50,000 since the commencement of the case.  A true and correct copy of said comparable

10     sales information and market analysis is attached hereto as Exhibit "1" and is incorporated herein by this

11     reference.

12         4.      The Residence is encumbered by a first trust deed in favor of U.S. Bank with a principal

13     balance owing of approximately $281,000. A true and correct copy of a recent loan statement pertaining

14     to the first trust deed is attached hereto as Exhibit "2" and is incorporated herein by this reference. The

15     Residence is also encumbered with a second in favor of Monty Sorensen with a balance of

16     approximately $412,000. [Request for Judicial Notice Exhibit "2;" Monty Sorensen Proof of Claim].

17         5.      The Residence is also encumbered with liens by homeowners' associations as follows:

18             a) Laguna Audubon I Homeower Association $24,909 [Request for Judicial Notice

19     Exhibit "3;" Proof of Claim No. 8 of Laguna Audubon I Homeowner Association];

20             b) Laguna Audubon I Homeower Association $3,209 [Request for Judicial Notice

21     Exhibit "4;" Proof of Claim No. 9 of Laguna Audubon I Homeowner Association];

22             c) Aliso Viejo Community Association $21,871  [Request for Judicial Notice Exhibit

23     "5;" Proof of Claim of Aliso Viejo Community Association ].

24     ///

25     ///

26     ///

27

28

C:\MGS Documents\CHAP 7\SORENSEN\ABANDON.MOT.wpd           5

6.  Thus, the total liens encumbering the Residence are approximate as follows:

| | |
|---|---|
| U.S Bank National | $281,000 |
| Monty Sorensen | $412,000 |
| Laguna Audubon I Homeower Association | $ 24,909 |
| Audubon I Homeower Association | $  3,209 |
| Aliso Viejo Community Association | $ 21,871 |
| | $ 742,989 |

7.  Thus, the present equity analysis of the Residence, from the estate's perspective, is as follows:

| | |
|---|---|
| Fair Market Value | $1,250,000 |
| Liens | $  742,989 |
| Net after Liens | $  507,011 |
| Homestead Exemption | $  678,391 |
| Net After Homestead | ($  161,380) |
| Hypothetical Costs of Sale at 7% | ($  84,000) |
| Estate's Equity | ($  255,380) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20 day of December 2024 at Aliso Viejo, California.

Gregory Sorensen



**Rushmore Servicing™**
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181



2355  2 MB 0.622   T10 P1   AUTO   952104.5-NNNNNN-31666101

GREGORY P SORENSEN
10 WHITE PELICAN LANE
ALISO VIEJO, CA 92656

## INFORMATIONAL STATEMENT

### CONTACT INFORMATION

**Customer Service: 877-888-4623**
Monday through Friday from 8 a.m. to 5 p.m. (CT)
**www.rushmoreservicing.com**

| | |
|---|---|
| Statement Date: | 11/19/2024 |
| Loan Number: | 0707949616 |
| Payment Due Date: | 12/01/2024 |
| **Total Payment Amount:** | **$6,895.87** |

Property Address:
10 WHITE PELICAN LANE
ALISO VIEJO, CA 92656

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

*handwritten:* $3,768.⁰⁰ ?

### Account History

**Recent Account History**
Payment due 06/01/2024: Payment received on 08/14/2024
Payment due 07/01/2024: Payment received on 09/14/2024
Payment due 08/01/2024: Payment received on 10/15/2024
Payment due 09/01/2024: Payment received on 11/02/2024
Payment due 10/01/2024: Unpaid or Partially Paid
Payment due 11/01/2024: Unpaid or Partially Paid

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $281,185.91 |
| Interest Rate | 5.375% |
| Escrow Balance | $2,003.83 |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

### Explanation of Total Payable Amount

| | |
|---|---|
| Principal | $1,053.20 |
| Interest | $1,259.48 |
| Escrow Amount for Taxes and Insurance | $963.54 |
| **Regular Monthly Payment** | **$3,276.22** |
| Total Fees and Charges | |
| Past Unpaid amount | |
| Partial Payment Unapplied | |
| **Total Payment Amount** | **$6,895.87** |

### Past Payments Breakdown

| | Payments Rec'd Since 10/19/2024 | Paid Year to Date |
|---|---|---|
| Principal | $1,048.50 | $10,277.13 |
| Interest | $1,264.18 | $12,849.67 |
| Escrow (Taxes & Insurance) | $620.11 | |
| Fees and Charges | | |
| Lender Paid Expenses | | |
| Partial Payment Unapplied | | |
| **Total** | **$8,798.37** | **$61,588.59** |

### Transaction Activity (10/19/2024 to 11/19/2024)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/06/2024 | Partial Payment | $2,932.79 | | | | $2,932.79 |
| 11/02/2024 | Payment | $2,932.79 | $1,048.50 | $1,264.18 | $620.11 | |
| 11/02/2024 | Adjustment-Misc Suspense | -$2,932.79 | | | | -$2,932.79 |
| 11/02/2024 | Partial Payment | $2,932.79 | | | | $2,932.79 |

### Important Messages                (See Reverse side for Additional Critical Notices)

*Partial Payment (Unapplied)* refers to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to the mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The *Partial Payment (Unapplied)* balance represents the amount of funds being held in a non-interest bearing account as of the date of this statement.

*Lender Paid Expenses* are funds paid by Rushmore Servicing on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

If you no longer wish to receive a monthly statement, please send a written request to the following address:

PO Box 613287 Dallas, TX 75261

If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.

Please call Rushmore Servicing to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

*handwritten notes across bottom:*
- UNAPPLIED - $2,589.36
- $2,932.79 / 343.22 / $3,276
- TAXONLY
- $2,932.36 - 2,589.36 / 393
- $3,276.22 - 343.4? $2,932.79 $343.43 12/16/24

**Lisa Hynson**
State License #: 01267001
Cell Phone: 949-510-0411
Fax: 949-888-1959

**Re/Max Premier Realty**
State License #: 00994662
5299 Alton Pkwy
Irvine, 92604

Click arrow to display photos











Exhibit "2"  Page 8













CUSTOMER FULL: Residential    LISTING ID: OC24157470                                    Printed: 12/11/2024 4:05:59 PM

**Closed** • Single Family Residence

**7 San Bittern Ln** • Aliso Viejo 92656

3 beds, 2 full baths, 1 partial baths • 1,492 sqft • 3,480 sqft lot • $837.80/sqft •
Built in 1989

Aliso Creek and El Toro Rd

List / Sold:
**$1,230,000/$1,250,000** ✦

11 days on the market

Listing ID: OC24128013




Gorgeous Laguna Audubon, Laguna Beach school district home on one of the best private single loaded cul-de-sac streets! Enjoy beautiful green belt views and tranquility from this recently remodeled pride of ownership! This home has 3 bedrooms, 2.5 baths with separate living room and den is an entertainer's dream! The main level offers an ideal layout with a bright open kitchen with beautiful backyard views and opens up to a large family room with recessed LED lighting and also has a separate dining room. A sensational gourmet kitchen with stainless appliances includes Viking cooktop and hood, Kitchen Aid built-in flush refrigerator, double oven, dishwasher and farm sink. The beautiful living room gas fireplace provides a nice accent to enjoy the living room and dining room both with soaring 15 foot ceilings. The home has been recently updated and improved inside and out including the kitchen, living room fireplace, all three bathrooms, outside tile and landscaping. The master suite features two closets, green belt views, and a spectacular master bath with dual vanities and separate large soak tub and shower. All bedrooms are light and bright with vaulted ceilings, mirrored closet doors and recessed LED lighting. The tropical landscaped backyard is perfect for relaxing and entertaining! This is a great opportunity to live in a wonderful detached home in a great school district with close proximity to restaurants, retail, parks, hiking, and California's most beautiful beaches.

## Facts & Features

- Sold On 08/16/2024
- Original List Price of $1,230,000
- Levels: Two
- 2 Garage spaces/Attached Garage
- 2 Total parking spaces
- Assessments: Unknown
- $21 (Estimated)
- SellerConsiderConcessionYN:

- Laundry: In Garage
- Cooling: Central Air
- Heating: Central
- Fireplace: Living Room
- Patio: Patio, Wrap Around
- View: Hills, Mountain(s)

## Interior

- Rooms: All Bedrooms Up, Family Room, Kitchen, Living Room

- Appliances: 6 Burner Stove, Dishwasher, Gas Range, Microwave, Refrigerator
- Other Interior Features: Built-in Features, Cathedral Ceiling(s), Quartz Counters

## Exterior

- Lot Features: 0-1 Unit/Acre

- Sewer: Public Sewer

## Additional Information

- Standard sale
- $78 HOA dues Monthly plus $148 Quarterly
- Laguna Beach Unified School District
- Buyer Agency Compensation: 2%

- AV - Aliso Viejo area
- Orange County
- Parcel # 62315153

**Lisa Hynson**
State License #: 01267001
Cell Phone: 949-510-0411
Fax: 949-888-1959

**Re/Max Premier Realty**
State License #: 00994662
5299 Alton Pkwy
Irvine, 92604

Exhibit "2"  Page 11

Click arrow to display photos







CUSTOMER FULL: Residential    LISTING ID: OC24128013

Printed: 12/11/2024 4:05:59 PM

Exhibit "2"  Page 12

**Closed** • **Single Family Residence**

List / Sold:
**$1,199,000/$1,247,500** ♦

**30 Woodswallow Ln** • Aliso Viejo 92656

8 days on the market

4 beds, 3 full baths • 1,546 sqft • 3,000 sqft lot • $806.92/sqft • Built in 1990    Listing ID: OC24105293

**From Aliso Creek turn onto Hummingbird, right onto Coral Bill and quick left onto Woodswallow**




HIGHLY SOUGHT AFTER SINGLE FAMILY HOME IN LAGUNA AUDUBON WITH LAGUNA BEACH SCHOOLS! Awesome property offering 4 bedrooms, 3 bathrooms with the highly sought after main floor bedroom and bathroom, large living and dining room with stone accented fireplace and high ceilings. Delightful kitchen with center island, designer pendant lighting, granite countertops and stainless steel appliances opens to the family room and sliding doors leading to the inviting backyard with private spa, large covered patio area with brick accents, planters, large side yard, perfect for your outdoor enjoyment, weekend BBQs and entertainment. Spacious master suite with vaulted ceilings, walk-in closet and master bathroom with large vanity featuring granite countertop, dual sinks, oversized tub & shower and upgraded fixtures. Upgraded flooring and baseboards, designer trim around windows, upgraded lighting and fixtures, upgraded dual glazed windows. All this plus the highly sought after Laguna Beach school district, easy access to the toll road (73) and access via 133 to world class beaches at Laguna Beach with restaurants, shopping and entertainment, excellent proximity to Aliso Viejo Town Center and nearby hiking, biking and nature trails!

## Facts & Features

- Sold On 07/19/2024
- Original List Price of $1,199,000
- Levels: Two
- 2 Garage spaces/Attached Garage
- 2 Total parking spaces
- Assessments: Unknown
- $21 (Estimated)
- SellerConsiderConcessionYN:

- Laundry: In Garage, Washer Hookup
- Cooling: Central Air
- Heating: Central, Forced Air
- Fireplace: Living Room
- Patio: Covered, Patio
- Spa: Private, Heated, In Ground
- View: Park/Greenbelt, Trees/Woods

## Interior

- Rooms: Entry, Kitchen, Living Room, Main Floor Bedroom, Primary Bathroom, Primary Bedroom, Primary Suite, Walk-In Closet
- Eating Area: Area, Dining Room

- Appliances: Dishwasher, Disposal, Gas Range, Range Hood, Water Heater
- Other Interior Features: Cathedral Ceiling(s), Granite Counters, High Ceilings, Recessed Lighting, Two Story Ceilings

## Exterior

- Lot Features: Front Yard, Park Nearby, Yard

- Sewer: Public Sewer

## Additional Information

- Standard sale
- $78 HOA dues Monthly plus $49 Monthly
- Laguna Beach Unified School District
- Buyer Agency Compensation: 2%

- AV - Aliso Viejo area
- Orange County
- Parcel # 62317214

**Lisa Hynson**
State License #: 01267001
Cell Phone: 949-510-0411
Fax: 949-888-1959

**Re/Max Premier Realty**
State License #: 00994662
5299 Alton Pkwy
Irvine, 92604

Exhibit "2"  Page 13

⌐ Click arrow to display photos















CUSTOMER FULL: Residential    LISTING ID: OC24105293                    Printed: 12/11/2024 4:06:01 PM

## Quick CMA Report

|  |  | Br/Ba | Sqft | LSqft | List Price | Sold Price | $/Sqft | SP/LP% |
|---|---|---|---|---|---|---|---|---|
| **Total Listings:** 3 | **Maximum:** | 4/3 | 1,546 | 3,600 | $1,230,000 | $1,260,000 | $837.80 | 105.1% |
| **Total on Market:** 0 | **Minimum:** | 3/3 | 1,492 | 3,000 | $1,199,000 | $1,247,500 | $806.92 | 101.6% |
| **Sold/Exp Ratio:** 0.00 | **Average:** | 3/3 | 1,517 | 3,360 | $1,209,333 | $1,252,500 | $826.02 | 103.6% |
|  | **Median:** | 3/3 | 1,512 | 3,480 | $1,199,000 | $1,250,000 | $833.33 | 104.0% |

**Closed**

| Address | City | YrBuilt | Sale Type | COE Date | Br | Bath | CDOM | Sqft | LSqft | $/Sqft | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Woodswallow LN | AV | 1990 | STD | 07/19/2024 | 4 | 3 | 8/8 | 1,546 | 3,000 | $806.92 | $1,247,500 |
| 7 San Bittern LN | AV | 1989 | STD | 08/16/2024 | 3 | 3 | 11/11 | 1,492 | 3,480 | $837.80 | $1,250,000 |
| 39 Songbird LN | AV | 1989 | STD | 08/28/2024 | 3 | 3 | 4/4 | 1,512 | 3,600 | $833.33 | $1,260,000 |
|  |  |  |  | **Maximum:** | 4 | 3 | 11 | 1,546 | 3,600 | $837.80 | $1,260,000 |
|  |  |  |  | **Minimum:** | 3 | 3 | 4 | 1,492 | 3,000 | $806.92 | $1,247,500 |
|  |  |  |  | **Average:** | 3 | 3 | 8 | 1,517 | 3,360 | $826.02 | $1,252,500 |
|  |  |  |  | **Median:** | 3 | 3 | 8 | 1,512 | 3,480 | $833.33 | $1,250,000 |

**Criteria:**
Property Type is 'Residential'
Standard Status is 'Closed' 12/11/2024 to 07/14/2024
Standard Status is one of 'Active', 'Act Under Contract', 'Pending'
Property Sub Type is 'Single Family Residence'
City is 'Aliso Viejo'
Bedrooms Total is 3+
Bathrooms Total Integer is 2+
Garage Spaces is 2

**Closed** • Single Family Residence

List / Sold:
**$1,199,000/$1,260,000** ⚡

**39 Songbird Ln** • Aliso Viejo 92656

4 days on the market

3 beds, 2 full baths, 1 partial baths • 1,512 sqft • 3,600 sqft lot • $833.33/sqft • Listing ID: OC24157470
Built in 1989

**Cross Streets: Aliso Creek Rd, El Toro Rd**




Welcome to 39 Songbird Ln! This home has been thoughtfully upgraded with numerous modern amenities. Enter into your spacious family room with fireplace. The kitchen is an entertainer's dream with sparkling stainless steel appliances, recessed lighting and large island. The kitchen underwent a stunning remodel in 2022, valued at over $60,000, featuring LG appliances including a new dishwasher and a three-year-old refrigerator. The dining room is open to the kitchen with another bonus dining area. The bedrooms are upstairs and generously sized with an additional loft area. There is also a jack and jill bathroom. The primary suite is a true retreat boasting soaring ceilings, lots of windows and custom closet. The ensuite bathroom features a skylight adding natural light. Enjoy the serene mountain views from your in-ground spa with a waterfall. The backyard is perfect for entertaining. The attached two-car garage includes a Tesla charger, laundry facilities, and storage racks. Home has been re-piped with a PEX piping system and boasts new flooring throughout as of 2022. The exterior was freshly painted and new shutters were added in 2023. For added security and convenience, the home is equipped with a Vivint Security System, which offers smart security features, a smart garage door, a thermostat controlled from your phone, and two outdoor cameras (one over the garage and one in the backyard). Additionally, the home features a water softener system, and a new "10-year pet proof" carpet installed in 2022. The house is situated in the last neighborhood that qualifies for the Laguna Beach Unified School District. The location is ideal, being close distance to a playground, park, and the Aliso Creek Riding & Hiking Trail. Low HOA fees too! Come see it today!

## Facts & Features

- Sold On 08/28/2024
- Original List Price of $1,199,000
- Levels: Two
- 2 Garage spaces/Attached Garage
- 4 Total parking spaces
- Assessments: Unknown
- $21 (Estimated)
- SellerConsiderConcessionYN:

- Laundry: Gas & Electric Dryer Hookup, In Garage, Washer Hookup
- Cooling: Central Air
- Heating: Natural Gas
- Fireplace: Living Room, Gas
- Pool: Private, Heated
- Spa: Private, In Ground
- View: Mountain(s), Neighborhood

## Interior

- Rooms: All Bedrooms Up, Kitchen, Living Room, Loft, Primary Bathroom, Primary Bedroom, Walk-In Closet

- Appliances: Barbecue, Convection Oven, Dishwasher, ENERGY STAR Qualified Appliances, Disposal, Gas Oven, Gas Range, Gas Water Heater, Microwave, Range Hood, Refrigerator, Self Cleaning Oven, Water Heater, Water Softener
- Other Interior Features: Attic Fan, Cathedral Ceiling(s), Ceiling Fan(s), High Ceilings, Pantry, Quartz Counters, Recessed Lighting, Unfurnished

## Exterior

- Lot Features: Back Yard, Front Yard, Landscaped, Lawn, Level, Yard

- Sewer: Public Sewer

## Additional Information

- Standard sale
- $77 HOA dues Monthly plus $148 Quarterly
- Laguna Beach Unified School District

- AV - Aliso Viejo area
- Orange County
- Parcel # 62317413

Exhibit "2"  Page 17

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2122 N. Broadway, Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): _____
Motion to Compel Trustee 10 Abandon 10 White Pelican Lane, Aliso Viejo, California; Memorandum of
Points and Authorities and Declaration of Gregory Sorensen in Support Thereof _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/20/2024 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/20/2024 | Michael G. Spector | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**ECF NOTICE**

Joseph C Delmotte

ecfcacb@aldridgepite.com,
JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Jeffrey I Golden (TR)

lwerner@go2.law,
jig@trustesolutions.net;kadele@go2.law;C205@ecfcb
is.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Michael A Wallin

mwallin@wallinrussell.com